UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00039-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANNY TERRON RONEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se "Motion Under F.R.CIV.P. 18 USCS § 4241(h)." Review of the pleadings reveals that defendant is being well represented by experienced counsel; thus, defendant's filing of a pro se motion is inappropriate as provided in Local Criminal Rule 47.1(g). Defendant should discuss with his excellent attorney any concerns he has as to his present custodial status. He is also cautioned not to make pro se filings with the Court as they may contain admissions or statements that could later be used against him by the government. Having considered defendant's pro se motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se "Motion Under F.R.CIV.P. 18 USCS § 4241(h)" (#251) is **DENIED** without prejudice.

Signed: December 14, 2017



Max O. Cogburn Jr.
United States District Judge