UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00039-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANNY TERRON RONEY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Motion to Dismiss for Violation of Speedy Trial Act. Having considered defendant's pro se motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion to Dismiss for Violation of Speedy Trial Act (#264) is **DENIED** as defendant is represented by counsel as provided in L.Cr.R. 47.1(g).

Signed: February 6, 2018



Max O. Cogburn Jr
United States District Judge

1