# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CR 39-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DANNY TERRON RONEY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's "Pro Se Notice to Produce Proof of Entry of Attorney Appearance" [256]. Upon review of the Notice, the Court finds the pleading is baseless and the request without any legal reason or cause. The Court further finds the Notice frivolous. *See* <u>Adams v. Rice</u>, 40 F.3d 72, 75 (4th Cir. 1994) ("Legally frivolous claims are based on an "indisputably meritless legal theory" and including "claims of infringement of a legal interest which clearly does not exist."") (quoting <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989)).

Accordingly, the Court **STRIKES** the Notice [# 256] from the docket.

Signed: March 1, 2018

Dennis L. Howell
United States Magistrate Judge