UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00039-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANNY TERRON RONEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Order to Allow Expert Entrance Into Federal Medical Center. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Order to Allow Expert Entrance Into Federal Medical Center (#287) is **GRANTED**, the Court approves of Dr. Sally Johnson's proposed independent mental health evaluation of defendant as necessary for an adequate defense, gives its **APPROVAL** to such meeting with defendant while housed at FMC Springfield, and **RECOMMENDS** to the Warden of FMC Springfield that Dr. Johnson be admitted into such facility for purposes of conducting the evaluation as proposed by counsel for defendant.

It is further Ordered that the previously filed motion (#286) is terminated as either moot or duplicative.

Signed: August 13, 2018



Max O. Cogburn Jr
United States District Judge

1