# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16 CR 39-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANNY TERRON RONEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on defense counsel's Motion for Appointment of Guardian Ad Litem (# 290). Defense counsel seeks the appointment of a guardian ad litem to ensure that Defendant's best interests are being represented in his pending competency proceedings. Id. at 1. Defense counsel has contacted Assistant United States Attorney Richard Lee Edwards, and he has no opposition to the instant motion. Id. at 3.

Considering the foregoing, it is ORDERED as follows:

(1) Defense counsel's Motion for Appointment of Guardian Ad Litem (# 290) is GRANTED;

(2) Attorney Meghann Burke ("Burke") is APPOINTED to serve as the guardian ad litem for Defendant; and

(3) The expenses associated with Burke's appointment will be covered by the Federal Public Defender for the Western District of North Carolina.

Signed: September 20, 2018

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge