IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CR 39

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DANNY TERON RONEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Termination of Guardian ad Litem (Doc. 313) and Motion to Seal Dkt. 313 (Doc. 314) filed by Meghann K. Burke.

On September 20, 2018, Ms. Burke was appointed Guardian ad Litem for Defendant. As Defendant has now been deemed competent for trial, Ms. Burke requests that the Court terminate her appointment. The Government and defense counsel do not object.

Ms. Burke further requests that her motion seeking termination of her appointment be sealed.

For the reasons stated therein, the Motion for Termination of Guardian ad Litem (Doc. 313) is **GRANTED**, and Ms. Burke's appointment as Guardian ad Litem is hereby **TERMINATED**.

In addition, the Motion to Seal Dkt. 313 (Doc. 314) is **GRANTED**, the Motion for Termination of Guardian ad Litem (Doc. 313) is hereby **SEALED** and shall remain sealed until further order of the Court.

Signed: September 25, 2019

W. Carleton Metcalf
United States Magistrate Judge